# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADEN O.,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 16-0071** |
| **v.** | : | |
| | : | |
| **WEST CHESTER AREA SCHOOL** | : | |
| **DISTRICT** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **WEST CHESTER AREA SCHOOL** | : | **CIVIL ACTION** |
| **DISTRICT** | : | |
| *Plaintiff* | : | |
| | : | **NO. 16-0758** |
| **v.** | : | |
| | : | |
| **B.O.,** *et al.* | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 5th day of July 2017, upon consideration of West Chester Area School District's *motion for judgment on the administrative record*, [ECF 20], and Parents' response in opposition thereto, [ECF 22], and Parents' *motion for judgment as a matter of law on the administrative record*, [ECF 22],[1] West Chester Area School District's response in opposition thereto, [ECF 21], and Parents' reply thereto, [ECF 25], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion:

(1) West Chester Area School District's *motion for judgment on the administrative record*, [ECF 20], is **GRANTED**. The Hearing Officer's orders/decisions underlying the West Chester School District's appeal are **VACATED**, and this matter is **REMANDED** to the Hearing Officer for further proceedings consistent with this Court's Memorandum Opinion; and,

---

[1]     With the exception of Parents' motion, all of the parties' respective briefs were filed in the 16-cv-0758 matter. Plaintiff's motion, however, was filed in the 16-cv-0071 matter.

(2) Parent's *motion for judgment as a matter of law on the administrative record*, [ECF 22], is **DENIED**.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*